APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re Richard M. Fogel, Trustee )

v. ) Case No. 14-AP-00349

John Livaditis et al. )
)
)

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

John Livaditis and Claire Livaditis

---

| | |
|---|---|
| Abraham Brustein | DiMonte & Lizak, LLC |
| Print Name on this Line | Firm Name |
| /s/ Abraham Brustein | FIRM ID NUMBER: |
| Signature | 216 W. Higgins Road |
| ATTORNEY ID NUMBER    327662 | Street Address |
| | Park Ridge    IL    60068 |
| | City    State    Zip |
| | Telephone    847-698-9600 |

Trial Attorneys*

Abraham Brustein
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:    June 30, 2014

---

TYPE OF DEFENSE COUNSEL:

CJA_____ ,RETAINED __√__ ,SELF _____ ,NONE OTHER _____ ,PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P _____    D _____    TP _____