APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re Richard M. Fogel, Trustee  )

        v.  ) Case No. 14-AP-00349

   John Livaditis et al.  )
                                 )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

John Livaditis and Claire Livaditis

| Thomas Lombardo | DiMonte & Lizak, LLC |
|---|---|
| Print Name on this Line | Firm Name |
| /s/ Thomas Lombardo | FIRM ID NUMBER: |
| Signature | 216 W. Higgins Road |
| ATTORNEY ID NUMBER 6279247 | Street Address |
|  | Park Ridge   IL   60068 |
|  | City   State   Zip |
|  | Telephone   847-698-9600 |

Trial Attorneys*

       Thomas Lombardo
             Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED: June 30, 2014

TYPE OF DEFENSE COUNSEL:

CJA ____ ,RETAINED ____ ✓ ,SELF ____ ,NONE OTHER ____ ,PUB DEF ____

FOR OFFICE USE ONLY:

Party Code: P ____ D ____ TP ____