# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| SPRINGHILL PARTNERS | ) | Case No. 13-07724 |
| | ) | |
| Debtor | ) | |
| | ) | |
| RICHARD M. FOGEL, TRUSTEE | ) | 14-AP-00349 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | The Honorable Judge Cassling |
| | ) | |
| JOHN LIVADITIS et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   See Attached Service List

PLEASE TAKE NOTICE that on the 30th day of June, 2014, there was electronically filed with the Clerk of the United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois, 60604, **Appearance of Abraham Brustein and Thomas Lombardo on behalf of John Livaditis and Claire Livaditis**, copies of which are hereby served upon you.


/s/ Abraham Brustein


Abraham Brustein # 327662
Thomas M. Lombardo #6279247
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
847/698-9600
847/698-9623 Facsimile
abrustein@dimontelaw.com
tlombardo@dimontelaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of June, 2014, he duly served (or caused to be served) upon the persons on the attached service list by the court's electronic notification system, copies of **Appearance of Abraham Brustein and Thomas Lombardo on behalf of John Livaditis and Claire Livaditis** and the Notice thereto.

/s/ Abraham Brustein

**Service List**

**VIA ECF**

Daniel P. Dawson
200 W. Adams St. Ste 2500
Chicago, IL 60606
312-346-7800 Ext. 000
Fax: 312-346-9316
Email: ddawson@nisen.com